*Order Entered April 8, 1997:*

HURT v MICHAEL'S FOOD CENTER, INC, Docket Nos. 174184, 174193. The judges of this Court having been polled pursuant to Administrative Order No. 1996-4, and the result of the poll being a majority of the judges opposed convening a special panel, it is ordered that a special panel shall not be convened.

CORRIGAN, C.J., did not participate.